entered after trial at Trial Term, before the court without a jury, a jury having been waived. Joseph M. Hartfield, for appellant. Charles N. Morgan, for respondents.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the defendant, as a condition of obtaining an injunction, expressly agreed that, if he failed to sustain the injunction upon the trial, he would pay the debt of the plaintiff for which his stock was held as security; and, he having failed upon the trial to sustain his claim for an injunction, under the undertaking he was liable for the full amount secured by the undertaking.

AMERICAN SEEDING MACH. CO., Appellant, v. JOHN CONKLIN SONS CO., Respondent, et al. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the American Seeding Machine Company against the John Conklin Sons Company, impleaded with Clark M. Sharpe. No opinion. Judgment affirmed, with costs. See, also, 64 Misc. Rep. 652, 120 N. Y. Supp. 592.

AMERICAN SERVIANS ASS'N OF NEW YORK, Appellant, v. UNION SQUARE SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the American Servians Association of New York against the Union Square Savings Bank. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Frank S. Anderson against Adelaide M. Anderson. No opinion. Order affirmed, without costs. See, also, 143 App. Div. 973, 128 N. Y. Supp. 1111.

ANTONOPULOS, Appellant, v. STOVER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by John D. Antonopulos against Charles B. Stover, individually, etc., and others. C. Blandy, for appellant. T. Farley, for respondents. No opinion. Judgment affirmed. Order filed.

ATLANTIC DREDGING CO. v. BEARD et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Atlantic Dredging Company against William Beard and others. No opinion. Motion granted. Question to be determined on settlement of order. Settle order on notice. See, also, 130 N. Y. Supp. 4.

AUB, Respondent. v. LOCK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Albert F. Aub against Charles A. Lock.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant pay the respondent $10 costs, perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

BAKER, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Benjamin I. Baker against Arthur Wilson. No opinion. Judgment of the Municipal Court affirmed, with costs.

BANCHETTI, Respondent, v. FURNACEVILLE IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Giovanni Banchetti, as administrator, etc., against the Furnaceville Iron Company. No opinion. Judgment and order affirmed, with costs.

BARKER, Appellant, v. STRINGER, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Charles B. Barker against Adelia Gertrude Stringer.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial denied, with $10 costs, upon the ground that defendant has been guilty of laches in making the motion, and no satisfactory excuse therefor is presented.

BASTIDE, Respondent, v. E. R. HOLDEN & CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph W. Bastide against E. R. Holden & Co. S. Horkimer, for appellant. T. M. Rowlette, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUER v. MANITOU BEACH ROD & GUN CLUB et al. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Chester P. Bauer against the Manitou Beach Rod & Gun Club and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon nonsuit, with costs.

BELIN, Appellant, v. ELMIRA TABLE MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by John Belin, by Edward R. Belin, his guardian ad litem, against the Elmira Table Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

In re BENDER. (Supreme Court, Appellate Division, First Department. June 23, 1911.)

In the matter of Simon Bender. M. S. Schector, for appellant. E. M. Otterbourg, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

BENDIX, Respondent, v. BENDIX, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Angelica Bendix against Max Bendix. J. P. Sheffield, for appellant. H. Nathan, for respondent. No opinion. Order modified, by reducing counsel fee to $200, and, as modified, affirmed, without costs. Order filed.

BERGSTROM et al., Appellants, v. RIDGWAY CO., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Oscar Bergstrom and others against the Ridgway Company. O. B. Bergstrom, for appellants. C. J. Shearn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 53 Misc. Rep. 95, 103 N. Y. Supp. 1093; 131 App. Div. 794, 116 N. Y. Supp. 247; 138 App. Div. 911, 123 N. Y. Supp. 1129.

BERNHARD, Respondent, v. BERNHARD, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Cecelia Bernhard against Solomon Bernhard. No opinion. Interlocutory judgment affirmed, with costs. See, also, 134 App. Div. 942, 118 N. Y. Supp. 1094.

BERWANGER, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Florence B. Berwanger against Louis Salomon. No opinion. Judgment of the Municipal Court affirmed, with costs.

BEYER, Respondent, v. RAUB, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Ernest T. Beyer against Herman Raub. No opinion. Judgment of the Municipal Court affirmed, with costs.

BIRD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Francis A. Bird against the City of Buffalo. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 129 N. Y. Supp. 1113.

In re BIRDSEYE. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of Clarence F. Birdseye. No opinion. Reference ordered. Settle order on notice.

BLOOMINGDALE, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Emanuel W. Bloomingdale against Mary A. 130 N.Y.S.—70

Duffy, as executrix, etc. A. B. Rosenfield, for appellant. J. A. Allen, for respondent. No opinion. Determination (71 Misc. Rep. 136, 127 N. Y. Supp. 1080) affirmed, with costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 1113.

BLUTE v. FELLOWES. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by James Blute against Cornelius C. Fellowes. No opinion. Motion denied. See, also, 143 App. Div. 825, 128 N. Y. Supp. 18; 129 N. Y. Supp. 1113.

In re BOARD OF RAPID TRANSIT COM'RS (Lexington Ave. Route). (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of the Board of Rapid Transit Commissioners (Lexington Avenue Route). With this case has been consolidated in this court cases bearing titles as follows: Board of Rapid Transit Com'rs (Third Ave. Route); Same (Seventh and Eighth Ave. Route); Same (Fourteenth Street Route); Same (White Plains Road Route). No opinions. Applications granted, and time extended for two years from October 15, 1911. Settle orders on notice. See, also, 126 App. Div. 915, 112 N. Y. Supp. 1122.

In re BOEHM. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of George N. Boehm. No opinion. Reference ordered. Settle order on notice.

BOHNHOFF, Appellant, v. FISCHER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by August Bohnhoff against Henry C. Fischer, impleaded with William Kennedy. No opinion. Motion denied, with $10 costs.

BOOS et al., Respondents, v. KNICKERBOCKER CHOCOLATE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Carl Boos and another against the Knickerbocker Chocolate Company. F. Barker, for appellant. F. E. Neagle, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BOSKOWITZ, Appellant, v. SULZBACHER, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Jesse L. Boskowitz, as administrator, against Joseph H. Sulzbacher. D. Leventritt, for appellant. C. L. Craig, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 887, 106 N. Y. Supp. 1117; 139 App. Div. 899, 123 N. Y. Supp. 508.

In re BOSTON ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Boston Road in the City of New York. T. F. Conway, for appellant. L. H. La Motte, for respondent. No opinion. Order